PROB 12C  
(7/93)

Report Date: April 24, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Patrick M. Benoit | Case Number: | 2:11CR02100-001 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, Chief U.S. District Judge

Date of Original Sentence: 9/7/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 841(a), 846, and 841(b)(1)(C) |
| Original Sentence: | Prison - 108 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Jane Kirk |
| Defense Attorney: | Federal Defender |

Type of Supervision: Supervised Release

Date Supervision Commenced: 4/7/2010

Date Supervision Expires: 4/6/2013

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/30/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**:  This officer attempted to contact Mr. Benoit at his residence on January 20, 2011; February 18, 2011; March 29, 2011; and April 11, 2011.  This officer's business card was left at the defendant's residence, and he was asked to call, which he failed to do in a timely fashion.  This officer attempted to contact Mr. Benoit via his cell phone or residence phone on the following dates:  January 21, 24, 26, and 28, 2011; April 12 and 13, 2011; June 21, 22, and 23, 2011; July 20, 2011; and August 17, and 25, 2011.  Mr. Benoit has made himself unavailable to supervision. |
| 6 | **Special Condition #16**: The defendant will enter and successfully complete a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant is to pay part or all of the cost, as deemed appropriate by the probation officer. |

Prob12C
Re:  Benoit, Patrick M.
**April 24, 2012**
**Page 2**

**Supporting Evidence**: Mr. Benoit missed the following dates for urinalysis collection: January 20, 2011; April 11, 2011; June 20, 2011; and July 20, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 04/24/2012 |
|---|---|
| | s/Stephen Krous |
| | Stephen Krous<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

　　s/Fred Van Sickle
Signature of Judicial Officer

　　April 24, 2012
Date