PROB 12B
(7/93)

Report Date: August 16, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Patrick Michael Benoit | Case Number: 2:11CR02100-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 9/7/2001 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a), 846, and 841(b)(1)(C) | Date Supervision Commenced: 4/7/2010 |
| Original Sentence: Prison - 108 Months; TSR - 36 Months | Date Supervision Expires: 4/6/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You shall be prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

## CAUSE

Prior to Mr. Benoit being arrested and ultimately convicted of possession of methamphetamine and driving while under the influence, he was spending time playing poker and black jack at local facilities. Mr. Benoit reported his involvement in playing black jack lead him into making poor decisions and back to the use of alcohol and illegal substances. In an effort to support Mr. Benoit's sobriety and involving himself in pro-social activities, this officer recommended to Mr. Benoit the above-noted condition modification. Mr. Benoit agrees with the condition and understands he needs to make changes in his behaviors to successfully complete his term of supervised release.

Prob 12B
**Re: Benoit, Patrick Michael**
**August 16, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/16/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/Fred Van Sickle
Signature of Judicial Officer

August 28, 2012
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21   You shall be prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

Witness: _____          Signed: _____
Stephen Krous                                              Patrick Michael Benoit
U.S. Probation Officer                                    Probationer or Supervised Releasee

August 16, 2012
Date