PROB 12C  
(7/93)

Report Date: August 20, 2013

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Michael Benoit          Case Number: 2:11CR02100-001

Address of Offender: 18 N. 37th Ave, Yakima, WA  98902

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, Chief U.S. District Judge

Date of Original Sentence:  9/7/2001

Original Offense:   Conspiracy to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a), 846, and 841(b)(1)(C)

Original Sentence:   Prison - 108 Months        Type of Supervision:  Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney:   Benjamin David Seal        Date Supervision Commenced:  4/7/2010

Defense Attorney:   Ricardo Hernandez             Date Supervision Expires:  12/13/2013

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/30/2011, 4/24/2012, 1/31/2013, 8/9/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Benoit was arrested on the probation warrant on August 19, 2013. While en route to the Yakima County Jail, the deputy called this officer to advise the defendant was in custody. I spoke by speaker phone, with Mr. Benoit and told him I would meet them at the jail to obtain a urine sample, and he said he did not have to "pee." This officer met with Mr. Benoit at the Yakima County Jail, in Mr. Benoit's cell, on August 20, 2013, as he was refusing to get up and leave his cell, stating his back was hurting. I asked Mr. Benoit to provide a urine sample, and he said his back was "locked up," and he could not get up and provide the urine specimen. This officer offered two more times to obtain the urine sample and each time Mr. Benoit said he could not provide a sample. |

12  **Special Condition #1**:  The defendant will enter and successfully complete a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant is to pay part or all of the cost, as deemed appropriate by the probation officer.

**Supporting Evidence**:  Mr. Benoit was terminated from the treatment program at Merit Resources Services on August 7, 2013, due to unsatisfactory response to treatment, no contact with the treatment provider for 80 days, and he did not re-engage from medical absence in a timely manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/20/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

8/20/13

Date